49 F.3d 734
 McAllister Towing, Charleston Division
v.
Ambassador Factors, Div. Fleet Factors Corp.; Itel
Containers International Corp. v. Ambassador Factors, Div.
Fleet Factors Corp.; Ceres Marine Terminals, Inc. v.
Ambassador Factors, Div. Fleet Factors Corp.; First American
Bulk Carrier Corp., Meba Medical and Benefits Plan v.
Ambassador Factors, Div., Fleet Factors, Div., Fleet
Factors, Europe Combined Terminals, BV Rogiers Vereniging
Eendracht Boatman Ass'n v. Ambassador Factor
 NO. 93-8938
 United States Court of Appeals,
Eleventh Circuit.
 Feb 27, 1995
 S.D.Ga., 20
 F.3d 1175
 
 1
 DENIALS OF REHEARING EN BANC.